[No. 23341-0-II.    Division Two.    May 7, 1999.]

RICHARD DEAN SWANSON, *Appellant*, v. MICHAEL P. HAINES,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-01267-5, Gary Tabor, J., entered April 27, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Hunt, J.


[No. 38334-5-I.    Division One.    May 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH S. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01508-9, Richard J. Thorpe, J., entered July 11, 1996. *Affirmed in part* and *remanded* by unpublished per curiam opinion.


[No. 39803-2-I.    Division One.    May 10, 1999.]

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. SOURIDETH KHAMMIXAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-4-03840-0, Peter Jarvis, J., entered November 1, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Ellington, JJ.


[No. 41061-0-I.    Division One.    May 10, 1999.]

FRANK E. EVERETT, *Respondent*, v. SAN JUAN COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 97-2-05022-8, Alan R. Hancock, J., entered July 21, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, C.J., concurred in by Grosse and Cox, JJ.